UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO J. VERGARA,<br><br>           Plaintiff,<br><br>      v.<br><br>NELSON, et al.,<br><br>           Defendants. | Case No. 18-06038 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner proceeding <u>pro</u> <u>se</u>, filed civil rights complaint pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> ("IFP"). (Docket Nos. 1, 2, 5.) On October 19, 2018, Plaintiff filed a notice declining Magistrate Judge Jurisdiction. (Docket No. 6.) On November 5, 2018, and November 6, 2018, the Clerk issued a notice of impending reassignment and a notice of reassignment based on Plaintiff's declination.[1] (Docket Nos. 7, 8.) On November 30, 2018, the notices of reassignment sent to Plaintiff were returned to the Court as undeliverable because Plaintiff was no longer in custody. (Docket Nos. 9, 10.) To date, Plaintiff has had no further communication with the Court since initiating this action.

---

[1] This action was reassigned to this Court on November 6, 2018. (Docket No. 8.)

1       Pursuant to Northern District Local Rule 3-11, a party proceeding <u>pro</u> <u>se</u> must

2 promptly file a notice of change of address while an action is pending. <u>See</u> L.R. 3-11(a).

3 The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro

4 se party by the Court has been returned to the Court as not deliverable, and (2) the Court

5 fails to receive within sixty days of this return a written communication from the <u>pro</u> <u>se</u>

6 party indicating a current address. <u>See</u> L.R. 3-11(b).

7       More than sixty days have passed since the mail addressed to Plaintiff at West

8 County Detention Facility was returned as undeliverable. The Court has not received a

9 notice from Plaintiff regarding a new address. Accordingly, the instant civil rights action

10 is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local

11 Rules.

12       The Clerk shall terminate any pending motions.

13       **IT IS SO ORDERED.**

14 Dated:   2/8/2019                                   

15                                           EDWARD J. DAVILA
                                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27 Order of Dismissal
PRO-SE\EJD\CR.18\06038Vergara_dis-LR3

28                                      2